**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF ARIZONA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Quality Rehabilitation Network, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-0555085** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11509 S. Fortuna Road** **Yuma, AZ 85367** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Yuma** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Quality Rehabilitation Network, Inc.**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Case 0:21-bk-07539-BMW    Doc 1    Filed 10/06/21    Entered 10/06/21 11:44:13    Desc
Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2
Main Document     Page 2 of 8

Debtor **Quality Rehabilitation Network, Inc.**
Name

Case number (*if known*) _____

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Quality Rehabilitation Network, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 6, 2021**
MM / DD / YYYY

**X /s/ Carl Malmquist**
Signature of authorized representative of debtor

**Carl Malmquist**
Printed name

Email Address of debtor

Title **President**

**18. Signature of attorney**

**X /s/ Thomas H. Allen**
Signature of attorney for debtor

Date **October 6, 2021**
MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen Barnes & Jones, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone **602-256-6000**    Email address **tallen@allenbarneslaw.com**

**11160 AZ**
Bar number and State

Quality Rehabilitation Network, Inc. -

ALDO GUEVARA
10825 E. SHALE DRIVE
YUMA AZ 85365


ALEJANDRO ORTEGA JR.
28312 CANAL AVENUE
WELLTON AZ 85356


ARIZONA ATTORNEY GENERAL
BANKRUPTCY & COLLECTION ENFORCEMENT SECT
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004-1592


ASCENTIUM CAPITAL
2370 HIGHWAY 59
KINGWOOD TX 77339-1535


AUREUS MED STAFFING
C&A PLAZA
13609 CALIFORNIA STREET, SUITE 200
OMAHA NE 68154


BANKERS HEALTHCARE GROUP, LLC
10234 W. STATE ROAD 84
FORT LAUDERDALE FL 33324


BLUE BRIDGE FINANCIAL, LLC
535 WASHINGTON STREET, SUITE 201
BUFFALO NY 14203


BMS / WEBPT
625 S. 5TH AVENUE
PHOENIX AZ 85004


CARL MALMQUIST
11509 S. FORTUNA ROAD
YUMA AZ 85367

Quality Rehabilitation Network, Inc. -

CHASE AZ
1820 E. SKY HARBOR CIR. SOUTH
PHOENIX AZ 85034

CHASE BANK
P.O. BOX 24696
COLUMBUS OH 43224-0696

DAVE GLADYZ
3823 CAMINITO LITORAL #210
SAN DIEGO CA 92107

FAITH JONES
6319 E. TELEGRAPH STREET
YUMA AZ 85365

FC MARKETPLACE, LLC / FUNDING CIRCLE
447 FRONT STREET FLOOR 4
SAN FRANCISCO CA 94111

FIRST AMERICAN
1609 N. SWAN ROAD
P.O. BOX 2677
SILVER CITY NM 88061

FOOTHILLS BANK
2285 S. 4TH AVENUE
YUMA AZ 85364

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

IOU FINANCIAL
600 TOWNPARK LANE
KENNESAW GA 30144

Quality Rehabilitation Network, Inc. -


JOSHUA BRANT
11315 S. AVENIDA LA PRIMERA
YUMA AZ 85367


KASARAH ORAN
3462 E. SECA LANE
YUMA AZ 85365


MARLIN CAPITAL SOLUTIONS
MARLIN BUSINESS BANK
P.O. BOX 13604
PHILADELPHIA PA 19101-3604


MATTHEW NEWMAN
11509 S. FORTUNA ROAD
YUMA AZ 85367


NAVITAS CREDIT CORP.
201 EXECUTIVE CENTER DRIVE, SUITE 100
COLUMBIA SC 29210


NELIDA NORAT
3656 S. SAGE AVENUE
YUMA AZ 85365


OBDULIA SALADANA - QUEZADA
4160 W. 4TH STREET
YUMA AZ 85364


OFFICE OF ATTORNEY GENERAL
400 W. CONGRESS #S-315
TUCSON AZ 85701


RODNEY THOMAS
3763 W. 18TH STREET
YUMA AZ 85364

Quality Rehabilitation Network, Inc. -


ROSEMARY CASTRO-JOSE
2248 W. 20TH STREET
YUMA AZ 85364


RUNYUN ENTERPRISES
2851 S. AVENUE B, SUITE 200
YUMA AZ 85364


U.S. SMALL BUSINESS ADMINISTRATION
ARIZONA DISTRICT OFFICE
2828 N. CENTRAL AVENUE, SUITE 800
PHOENIX AZ 85004


USAA
9800 FREDERICKSBERG ROAD
SAN ANTONIO TX 78288


YOSHIRA MOLINA
1600 W. 12TH STREET #2523
YUMA AZ 85364